IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IDIAN GONZALES, | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 3:21-CV-0440-D |
| | § | |
| VS. | § | |
| | § | |
| HOME DEPOT USA, INC., | § | |
| | § | |
| Defendant. | § | |

## JUDGMENT

For the reasons set out in a memorandum opinion and order filed today, it is ordered and adjudged that plaintiff's action against defendant is dismissed with prejudice.

Defendant's taxable costs of court, as calculated by the clerk of court, are assessed against plaintiff.

Done at Dallas, Texas April 13, 2022.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE